IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PERRY THOMAS JOYNER, and
DANIELLE JOYNER KELLY,

     Plaintiffs,

v.                         CASE NO. 4:13cv527-RH/CAS

URBAN SETTLEMENT SOLUTIONS
d/b/a URBAN LENDING SOLUNTIONS;
BANK OF AMERICA, N.A.,

     Defendants.

_____/

## ORDER STAYING PROCEEDINGS

The joint motion to stay, ECF No. 13, is GRANTED. The deadline for the attorney conference required by Federal Rule of Civil Procedure 26(f) and the Initial Scheduling Order is extended to February 13, 2014. The deadline to file the 26(f) report is extended to February 27, 2014. All other deadlines that have not passed are extended 90 days.

SO ORDERED on November 16, 2013.

                                        s/Robert L. Hinkle
                                        United States District Judge