IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PERRY THOMAS JOYNER, and
DANIELLE JOYNER KELLY,

    Plaintiffs,

v.                        CASE NO. 4:13cv527-RH/CAS

URBAN SETTLEMENT SOLUTIONS
d/b/a URBAN LENDING SOLUNTIONS;
BANK OF AMERICA, N.A.,

    Defendants.

_____/

## ORDER EXTENDING THE STAY

The joint motion to indefinitely extend the stay, ECF No. 17, is GRANTED IN PART. The deadline for the attorney conference required by Federal Rule of Civil Procedure 26(f) and the Initial Scheduling Order is extended to March 3, 2014. The deadline to file the 26(f) report is extended to March 17, 2014. All other deadlines that have not passed are extended 30 days beyond the prior 90-day extension.

SO ORDERED on January 30, 2014.

                                    s/Robert L. Hinkle
                                    United States District Judge